

# PITTA LLP
Attorneys at Law

120 Broadway, 28th Floor
New York, New York 10271
Tel: (212) 652-3890
Facsimile: (212) 652-3891

**Stephen Mc Quade**
Of Counsel
Direct Dial: (212) 652-3885
smcquade@pittalaw.com

January 26, 2022

**VIA ECF**

Honorable Sarah L. Cave, U.S.M.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    **Amilcar Escobar v. Randa Accessories Leather Goods, LLC**
            **Docket No.: 21-CV-9061 (AJN) (SLC)**

Dear Judge Cave:

    My name is Stephen Mc Quade, Esq., and I am Senior Counsel with the law firm of Pitta LLP, attorneys for Plaintiff in the above-referenced matter in his claims against Randa Accessories Leather Goods, LLC ("Defendant").

    In conformance with Section I(A) of Your Honor's Individual Practices in Civil Cases, I write to update the Court regarding the court-ordered mediation process, in furtherance of Report of Rule 26(f) Conference and Case Management Plan, dated January 4, 2022. (*See* Dkt. 15).

    Counsel for Plaintiff and Defendant conducted a conference call with the court-appointed mediator on January 10, 2022, during which all parties involved discussed, *inter alia*, the conciliation process, pre-mediation statements, and scheduling of the mediation session. Shortly after this conference call, all parties involved were able to mutually agree on conducting the mediation session on March 22, 2022, as indicated in the Minute Docket Entry, dated January 24, 2022.

    The undersigned thanks the Court for the time and attention to the issue presented herein.

                                                    Respectfully submitted,

                                                    Stephen Mc Quade

{00694174-1}

cc: Noah H. Bunzl, Esq., Counsel for Defendant (*via ECF*)

{00694174-1}