USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                             :

AMILCAR ESCOBAR,                        :

                              Plaintiff,     :      1:21-cv-9061-GHW

-v -                                     :      <u>ORDER</u>

RANDA ACCESSORIES LEATHER GOODS,  :
LLC, ABC PARENT/SUBSIDIARY
CORPORATIONS 1-5, and JOHN DOES 1-5,  :

                            Defendants.  :

------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       This case has been reassigned to Judge Gregory H. Woods. Counsel are directed to review and comply with the Court's Individual Rules of Practice in Civil Cases (available at the Court's website, https://nysd.uscourts.gov/hon-gregory-h-woods).

       SO ORDERED.

Dated: April 11, 2022
       New York, New York

                                                              GREGORY H. WOODS
                                                      United States District Judge