UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMILCAR ESCOBAR,

                Plaintiff,

-v-

RANDA ACCESSORIES LEATHER GOODS, LLC, JOHN DOES 1-5, and ABC PARENT/SUBSIDIARY CORPORATIONS 1-5,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 9061 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discovery conference held today, June 14, 2022, the Court orders as follows:

1. The deadline for completing all fact discovery is extended to **Friday, August 19, 2022**.

2. By **Tuesday, August 30, 2022**, the parties shall file a status letter advising the court whether:

    a. there are any outstanding third-party fact depositions, or otherwise, certifying the completion of fact discovery;

    b. the parties are interested in being referred to the Southern District of New York's Alternative Dispute Resolution program of resolution or scheduling a settlement conference with the Court; and

    c. the parties are interested in expert discovery, and if so, submitting a proposed scheduling order.

Dated: New York, New York
June 14, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**