

# PITTA LLP
Attorneys at Law

> Plaintiff's letter-motion seeking to adjourn the discovery conference scheduled for Friday, October 28, 2022 at 11:30 a.m. (ECF No. 32) is GRANTED, and the Conference is ADJOURNED to **Tuesday, November 22, 2022 at 12:00 p.m.** in Courtroom 18A, 500 Pearl Street, New York, New York. The parties shall be prepared to discuss the discovery issues outlined in the parties' joint status letter. (See ECF No. 30).
>
> The Clerk of Court is respectfully directed to close ECF No. 32.
>
> SO ORDERED 10/20/22
>
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**

Honorable Sarah L. Cave, U.S.M.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    **Amilcar Escobar v. Randa Accessories Leather Goods, LLC**
               **Docket No.: 21-CV-9061 (AJN) (SLC)**

Dear Judge Cave:

      My name is Stephen Mc Quade, Esq., and I am Senior Counsel with the law firm of Pitta LLP, attorneys for Amilcar Escobar ("Plaintiff") in the above-referenced matter in his claims against Randa Accessories Leather Goods, LLC ("Defendant") (collectively, "Parties").

      In conformance with Section I(D) of Your Honor's Individual Practices in Civil Cases, I write to request a brief adjournment of the in-person discovery conference scheduled for October 28, 2022 at 11:30 a.m. ("Discovery Conference"), pursuant to the Court's Order, dated October 17, 2022. (See Dkt. 31).

      Please be advised that: i) this is the first time a request for an adjournment of the Discovery Conference is being made; ii) the reason for the instant request is that the undersigned has a previously-scheduled professional engagement on this date and at this time; iii) the Defendant consents to the instant request; and iv) the granting of the instant request will not affect any previously-scheduled judicial deadlines.

      Please be further advised that the instant request is being submitted more than 48 hours in advance of the Discovery Conference and that the Parties propose November 3, 2022 and November 7, 2022 for the rescheduling of the Discovery Conference.

{00702843-2}

The undersigned thanks the Court for the time and attention to the issue presented herein.

Respectfully submitted,

Stephen McQuade

cc: Noah H. Bunzl, Esq., Counsel for Defendant (*via ECF*)

{00702843-2}