**PADUANO & WEINTRAUB LLP**
1251 AVENUE OF THE AMERICAS
NINTH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE: 212-785-9100
TELECOPIER: 212-785-9099

November 3, 2022

**VIA ECF**

Magistrate Judge Sarah L. Cave
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 18A
New York, New York 10007-1312

Re:   Escobar v. Randa Accessories Leather Goods, LLC et al.;
      Case No. 1:21-cv-09061-GHW-SLC

Your Honor:

      We represent Defendant Randa Accessories Leather Goods, LLC in the above-referenced matter.

      We write jointly with counsel for Plaintiff Amilcar Escobar to respectfully request that Your Honor so-order the attached Stipulation and Proposed Order Regarding Discovery with Respect to Defendant's Assertion of Privilege.

      We thank the Court for its time and attention to this matter.

      Respectfully submitted,

      /s/ Noah H. Bunzl

      Noah H. Bunzl

Cc:   Stephen McQuade, Esq. (via ECF and electronic mail)

[Attachment]