UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMILCAR ESCOBAR,

        Plaintiff,

-v-

RANDA ACCESSORIES LEATHER GOODS, LLC, JOHN DOES 1-5, and ABC PARENT/SUBSIDIARY CORPORATIONS 1-5,

        Defendants.

CIVIL ACTION NO.: 21 Civ. 9061 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the in-person discovery conference held today, November 22, 2022 (the "Conference"), the Court orders as follows:

1. Pursuant to the parties' representations at the Conference, the Court deems (i) fact discovery to be complete at this time, and (ii) the parties' outstanding discovery disputes, (see ECF No. 30 at 2–3), RESOLVED.

2. Any party seeking to file a motion for summary judgment must file a letter requesting a pre-motion conference in accordance with the Honorable Gregory H. Woods' Individual Rules of Practice in Civil Cases.

Dated:    New York, New York
            November 22, 2022

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**